175 A.3d 144

**HORTON, Fernando Grady**

v.

**STATE of Maryland**

**Pet. Docket No. 334, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 507, Sept.Term, 2015).

Petition for writ of certiorari dismissed

175 A.3d 144

**HURWITZ**

v.

**LIPITZ**

**Pet. Docket No. 325, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 113, Sept.Term, 2016).

Petition for writ of certiorari denied